UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL ENERGY REGULATORY COMMISSION,<br><br>*Defendant.* | Civil Action No. 22-3003 (APM) |

### JOINT STATUS REPORT

Pursuant to the Court's July 31, 2023, Minute Order, Plaintiff Institute for Energy Research and Defendant Federal Energy Regulatory Commission ("FERC" or the "Agency") have met, conferred, and report as follows:

1. On October 4, 2022, Plaintiff, Institute for Energy Research, filed a complaint initiating this action, which seeks to compel the Agency to produce records responsive to an August 22, 2022 Freedom of Information Act ("FOIA") request (the "Request"), seeking certain text messages sent to or from FERC Chairman Richard Glick.

2. As previously reported, the parties are currently in the process of conferring over FERC's response to Plaintiff's Request. On May 26, 2023, FERC completed the processing of Plaintiff's FOIA request.

3. FERC has provided Plaintiff a *Vaughn* index pertaining to the 12 partially released text messages that Plaintiff has identified for challenge. FERC is also continuing its work on a *Vaughn* Index pertaining to the approximately 150 text messages that were withheld in full. FERC initially represented that it would complete this *Vaughn* Index by September 28, 2023. However,



RECEIVED
SEP 29 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Plaintiff has generously consented to a two-week extension for the production of FERC's *Vaughn* index. FERC will produce its Vaughn index on or before October 12, 2023.

4. Without prejudice to any position set forth above or either party's right to seek a judicial resolution in the interim of the issues identified in the foregoing paragraph, the parties propose that they submit a further joint status report on October 30, 2023, updating the Court as to the status of the parties' discussions about the sufficiency of the Agency's response and the *Vaughn* index to be supplied to Plaintiff on or before October 12, 2023.

Dated: September 29, 2023

    Washington, DC

Respectfully submitted,

_/s/_
MATTHEW D. HARDIN
D.C. Bar No. 1032711
HARDIN LAW OFFICE
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com

Counsel for Plaintiff

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: _____/s/ Fithawi Berhane_____
    FITHAWI BERHANE
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-6653
    Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*